MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513
LARRY M. LAWRENCE, SBN 232720
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
E-Mail: jbattenfeld@morganlewis.com
E-Mail: llawrence@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
LARRY L. TURNER, *Pro Hac Vice*
1701 Market Street
Philadelphia, PA 19103
Tel:  215.963.5000
Fax:  215.963.5001
E-Mail: lturner@morganlewis.com

Attorneys for Defendants
JOHNSON & JOHNSON; JOHNSON &
JOHNSON SALES AND LOGISTICS
COMPANY, LLC; and NEUTROGENA
CORPORATION

**MADE JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. HARMON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOHNSON & JOHNSON; JOHNSON<br>& JOHNSON SALES AND<br>LOGISTICS COMPANY;<br>NEUTROGENA CORPORATION,<br>and DOES 1-10, inclusive<br><br>                    Defendants. | Case No.  CV 09-2979-GW(VBKx)<br><br>Hon. George Wu<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22671761.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JUDGMENT

On July 7, August 4 and September 19, 2011, Defendants Johnson & Johnson, Johnson & Johnson Sales and Logistics Company, LLC., and Neutrogena Corporation's (collectively "Defendants") Motion for Summary Judgment, or in the alternative, Summary Adjudication came on for hearing before this Court.  On September 19, 2011, after considering the pleadings, all written and oral arguments and admissible evidence in support and in opposition thereto, the Court granted Defendants' motion in full, finding that no triable issue of material fact exists and that Defendants' are entitled to summary judgment as to the claims in Plaintiff's Third Amended Complaint for Damages.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is entered in favor of Defendants and against Plaintiff Sandra J. Harmon.  As the prevailing parties, Defendants shall be entitled to recover their costs.

Dated:  September 27 2011

_____
HON. GEORGE H. WU
United States District Judge

1

DB2/ 22671761.1

1    RESPECTFULLY SUBMITTED:

2
     Dated:   September 26, 2011          MORGAN, LEWIS & BOCKIUS LLP
3                                         LARRY L. TURNER
                                          JOHN S. BATTENFELD
4                                         LARRY M. LAWRENCE

5
6                                         By /s/ Larry M. Lawrence
                                              Attorneys for Defendants
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2